UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO.  4:17CR177 |
| | § | (Judge Mazzant) |
| ARLANDO JACOBS | § | |

**MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES,
CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS;

COMES NOW, Defendant ARLANDO JACOBS, by and through his undersigned attorney, and files this, his MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE, and would show this Honorable Court as follows, to-wit:

I

**PROCEDURAL HISTORY**

On the 11th day of October, 2017, the Defendant, Jacobs was indicted in a seven-count indictment alleging a violation of 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud), 18 U.S.C. § 1344 (Bank Fraud), 18 U.S.C. 1343 (Wire Fraud), and 18 U.S.C. § 1028A (Aggravated Identity Theft).  On or about October 17, 2017, Defendant Jacobs appeared before United States Magistrate Judge Kimberly C Priest Johnson on an Arraignment.   At that time, the Office of the

Federal Public Defender for the Eastern District of Texas was appointed to represent the Defendant. The Pretrial Order relating to Pretrial Discovery and Inspection was filed, and the order imposed a deadline of November 14, 2017, for a change of plea by the Defendant and scheduled a Final Pretrial Conference for December 1, 2017.

### **GROUNDS FOR MOTION**

Defense counsel is currently in the process of receiving and reviewing discovery. Because of the nature of the offense and the possible punishment, defense counsel must then carefully review the evidence with the Defendant and insure that all questions are answered. In addition, there are issues that defense counsel wishes to discuss with the government and present to the Defendant. Defendant respectfully requests additional time to discuss the case with counsel for the government and insure that all evidence is reviewed in order to make a fully informed decision. This request is made in order to insure that effective assistance of counsel is provided to the Defendant.

Due to the reason outlined above, Defendant respectfully requests an additional 60 days for the pretrial motion dates, change of plea deadline, and final pretrial conference date.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the pretrial motion dates, change of plea deadline, and final pretrial conference date in this case be reset from their current setting.

Respectfully submitted,

 /s/ Robert Arrambide

        ROBERT ARRAMBIDE
        Assistant Federal Defender
        Eastern District of Texas
        600 E. Taylor, Suite 4000
        Sherman, Texas 75090
        (903) 892-4448
        FAX: (903) 892-4808

        *Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

Defense counsel contacted Assistant United States Attorney, Christopher A. Eason, and the Government does not oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, a true and correct copy of the foregoing Defendant's MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE was sent by CM/ECF to:

Christopher A. Eason
Assistant U.S. Attorney
101 East Park Blvd., Suite 500
Plano, Texas 75074

        /s/Robert Arrambide
        ROBERT ARRAMBIDE